Henry Ray POPE, III, as Trustee in the Bankruptcy of the 1717 Discretionary Fund. a Pennsylvania Limited Partnership,

v.

Barrie GIBBS and Richard H. Schall, Jr.

Petition of Richard H. Schall, Jr.

Supreme Court of Pennsylvania.

April 18, 2000.

Paul David Burke, Pittsburgh, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 18th day of April, 2000, the Petition for Allowance of Appeal is GRANTED, limited to the following two issues:

Is the decision of the Superior Court in the instant case in conflict with the previous decision of the Commonwealth Court in *Commonwealth of Pennsylvania, Dep't of Commerce v. Carlow,* 687 A.2d 22 (Pa.Commw.1996)?

Is the decision of the Superior Court in the instant case in conflict with the previous decision of this Court in *Scott Factors, Inc. v. Hartley,* 425 Pa. 290, 228 A.2d 887 (1967)?

David SCHILLER, Esquire, Receiver of Thomas E. Angst & Associates, P.C.

v.

ROYAL MACCABEES LIFE INSURANCE COMPANY and Federal Kemper Life Assurance Company and Robert E. Angst.

Petition of Royal Maccabees Life Insurance Company.

Supreme Court of Pennsylvania.

April 28, 2000.

Eugene Hamill, Anne E. Walters, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 28th day of April, 2000, the Petition for Allowance of Appeal is GRANTED. The Order of the Superior Court is REVERSED. The docket does not reflect that the Prothonotary of the Court of Common Pleas of Montgomery County sent notice of the October 23, 1997 order to the parties in compliance with Pa.R.C.P. 236. Thus, the order of October 23, 1997 was not final. *Frazier v. City of Philadelphia,* 557 Pa. 618, 735 A.2d 113 (1999). This matter is REMANDED to the Superior Court to address the merits of the appeal.